# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| THOMAS H. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 4:22-cv-00758-SRW |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| EQUIFAX, INC., TRANSUNION, LLC, WORLD | ) |
| FINANCE CORPORATION OF ILLINOIS, | ) |
| and REGIONS BANK, INC., | ) |
| | ) |
| Defendants. | ) |

### EQUIFAX, INC'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Equifax Inc. respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint to August 22, 2022. In support of this motion, Equifax Inc. states as follows:

1. Plaintiff filed this Complaint in the Circuit Court of St. Louis County, Missouri.

2. Equifax Inc. was served with the Complaint on June 16, 2022.

3. Defendant Experian Information Solutions, Inc. timely removed this matter to this Court on November 22, 2019. Equifax Inc. consents to the removal of this case.

4. Absent an extension, Equifax Inc.'s deadline to answer or otherwise respond to the Complaint is July 22, 2022.

5. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax Inc. to answer or otherwise respond.

6. Equifax Inc. is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer and engage in settlement discussions. Accordingly,

Equifax Inc. respectfully requests an extension through and including August 22, 2022 within which to file its answer or other responsive pleading in this matter.

7.  On July 18, 2022, counsel for Equifax Inc. requested, and counsel for Plaintiff agreed, that Equifax Inc. may have up to and including August 22, 2022 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

8.  This is Equifax Inc.'s first request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Equifax Inc. respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until August 22, 2022.

Respectfully submitted,

POLSINELLI PC

By: */s/ Britton L. St. Onge*
   BRITTON L. ST. ONGE (MO #62256)
   100 South Fourth Street, Suite 1000
   St. Louis, Missouri 63102
   Tel. (314) 889-8000
   Fax (314) 231-1776
   bstonge@polsinelli.com

   *Attorneys for Defendant Equifax Inc.*